IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SAY IT VISUALLY, INC. <br> d/b/a FAST FORWARD STORIES, <br><br> Plaintiff, <br><br> v. <br><br> TRANS WORLD CORPORATION, <br><br> Defendant. | § <br> § <br> § <br> § <br> §  Civil Action No.: 6:23-cv-563 <br> § <br> §  Jury Trial Demanded <br> § <br> § <br> § |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Say It Visually, Inc. d/b/a Fast Forward Stories ("FFS") makes the following disclosures:

1. FFS is a corporation formed under the laws of the State of Washington;

2. No publicly held company owns 10% or more of FFS's stock.

The undersigned party understands that Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Date: August 3, 2023

Respectfully submitted,

/s/ Louis K. Bonham
Louis K Bonham
State Bar No. 02597700
bonham@obwbip.com
Osha Bergman Watanabe & Burton, LLP
1100 Louisiana Street, Suite 4900
Houston, Texas 77010
713.228.8600 Telephone
713.228.8778 Facsimile

**ATTORNEY FOR PLAINTIFF**
**SAY IT VISUALLY, INC.**
**D/B/A FAST FORWARD STORIES**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing has been served on counsel of record via electronic filing, on this 3d day of August 2023.

                   /s/ Louis K. Bonham
                   Louis K Bonham