AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Say It Visually, Inc. d/b/a Fast Forward Stories

*Plaintiff(s)*

v.   Civil Action No. 6:23-cv-00563

Trade World Corporation

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>   Trade World Corporation
>   20 Kingsbridge Garden Cir., Suite 2004B
>   Mississauga, Ontario, Canada L5R 3K7

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>   Louis K. Bonham
>   Osha Bergman Watanabe & Burton, LLP
>   1100 Louisiana Street, Suite 4900
>   Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/03/2023

*L Diaz*

*Signature of Clerk or Deputy Clerk*

Civil Action No.  6:23-cv-00563

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*  August 3, 2023  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Avinder Singh , who is
designated by law to accept service of process on behalf of *(name of organization)*  Trade World Corporation
on *(date)*  September 9, 2023  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $  265.90   for travel and $  2034.42   for services, for a total of $  2300.32  .

I declare under penalty of perjury that this information is true.

Date:  September 12, 2023

*Server's signature*

Jorge Banados, Private Investigator

*Printed name and title*

201  5-190 Minets Point Road
Barrie, Ontario, L4N 8J8
Canada

*Server's address*

Additional information regarding attempted service, etc:

See attached



THOUGHT | EFFORT | RESULTS

September 12, 2023

Osha Bergman Watanabe & Burton LLP
1100 Louisiana Street, Suite 4900
Houston, TX 77002

**Attention:  Louis Bonham**

|  | Re: | Subject/Matter: | TRADE WORLD CORPORATION |
|---|---|---|---|
|  |  | Case No.: | 6:23-cv-00563-ADA-DTG |
|  |  | Our File No.: | 06942-01 |

Our report of investigation is as follows:

**Objective:**

Our task was to serve Trade World Corporation with the Complaint and Summons for this civil court matter

**Investigators:**

Jorge Banados  -   Ontario Private Investigator License number
John Henderson – Ontario Private Investigator License number
Anthony Kunkel – Ontario Private Investigator License number

**Investigation Summary**

Between August 8, 2023 and September 9, 2023 a combined total of eleven (11) attendances were made at the registered office of Trade World Corporation:

20 Kingsbridge Garden Circle
Suite 2004B
Mississauga, Ontario, Canada

and at the residence of Avinder Singh, President of Trade World Corporation:

5101 Montclair Crescent
Mississauga, Ontario, Canada

During every attendance to the above-noted business location, the office was closed and locked. Inquiries with an adjacent office found that the office which houses Trade World Corporation is usually closed and unoccupied, and that someone is present there on rare occasions.

On all but the final attendance at the residential address we found no one answering the door or no sign of activity at the residence, including during periods of surveillance conducted to monitor activity

Subject/Matter: WORLD TRADE CORPORATION
Report Date: September 12, 2023

there. A vehicle parked on the drive, registered to Trade World Corporation, did not appear to have moved.

Research and social media monitoring found no indication where Avinder Singh and his family were located during the time leading up to September 9, 2023. Websites for other businesses operated by the Singh family found no indication of business activity, or the websites were incomplete.

Service was affected at the residence by Investigator Jorge Banados on Saturday, September 9, 2023. The door was first answered by a male identified in our research as Kul Singh. Avinder Singh came to the door and verbally identified himself to the investigator. He took delivery of the Complaint and Summons when the investigator handed them to him, *below.*



***************************

This concludes our report of investigation.

**MITCHELL PARTNERS INVESTIGATION SERVICES**

Jorge Banados
Investigator

Anthony Kunkel
General Manager