IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SAY IT VISUALLY, INC. D/B/A FAST FORWARD STORIES<br><br>v.<br><br>TRADE WORLD CORPORATION | Case No. 6:23-cv-00563-ADA-DTG |

**JOINT CONSENT MOTION TO EXTEND TIME TO RESPOND**

Plaintiff and Defendant jointly request that the Court extend Defendant's time to respond to this action. The parties ask that Defendant's response deadline be no later than Friday, October 20, 2023.

Good cause exists for this request because the parties are engaged in settlement discussions and the parties believe that the requested extension is relatively brief. A proposed order is attached.

    Respectfully submitted,

    */s/ Louis K Bonham*
    Louis K Bonham
    Texas Bar No. 02597700
    bonham@oshaliang.com
    Osha Bergman Watanabe & Burton, LLP.
    1100 Louisiana Street, Suite 4900
    Houston, Texas 77002
    713.228.8600 Telephone
    713.228.8778 Facsimile

    COUNSEL FOR PLAINTIFF

s/ Eric Menhart
Eric Menhart, Esq.*
DC Bar No. 975896
Lexero Law
512 C St NE
Washington, DC 20002
Phone: 855-453-9376
Fax: 855-453-9376
* *Pending Admission Pro Hac Vice*

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed via the Court's ECF system and that I served Defendant's counsel a copy of this filing via email, to which Defendant's counsel consented for purposes of this filing.

/s/ Louis K Bonham
Louis K Bonham
