IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SAY IT VISUALLY, INC. D/B/A FAST FORWARD STORIES<br><br>v.<br><br>TRADE WORLD CORPORATION | Case No. 6:23-cv-00563-ADA-DTG |

# [PROPOSED] ORDER

In consideration of the "Joint Consent Motion to Extend Time to Respond" it is hereby:

ORDERED that Defendant's response deadline in this matter shall be no later than Friday, October 20, 2023.

_____
Judge, U.S. District Court